IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action:  12-cv-03268-CMA-CBS | FTR - Reporter Deck-Courtroom A402 |
| Date:  May 30, 2013 | Courtroom Deputy:   Courtni Covington |

| *Parties:* | *Counsel:* |
|---|---|
| GARY A. WRIGHT, | Peter R. Bornstein |
| Plaintiff, | |
| v. | |
| EQUIFAX INFORMATION SERVICES, LLC, | Brian P. Gaffney |
| EXPERIAN INFORMATION SOLUTIONS, INC., and | Rana Nader |
| TRANS UNION LLC, | Geoffrey S. Rooker |
| Defendants. | |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   TELEPHONIC MOTION HEARING**

**Court in Session:**     2:32 p.m.
Court calls case.  Appearance of counsel.

The Court addresses the parties regarding **Plaintiff's MOTION to Modify the Scheduling Order (Doc. 27)** [Doc. No. 28, filed 5/10/2013].  Plaintiff's counsel states their reasons for requesting the extension of deadlines.

Discussion between the court and Defendants' counsel regarding their opposition to the motion and issues with extending the discovery deadlines in the case.  Defendant Equifax Information Services, LLC notes that they have no position on the pending motion as they have settled with Plaintiff and are just yet to be dismissed from the case.

The court proposes extending certain discovery deadlines and the parties agree.

**ORDERED:**          **Plaintiff's MOTION to Modify the Scheduling Order (Doc. 27)** [Doc. No.

28, filed 5/10/2013] is **GRANTED**.  The Discovery Cut-off Deadline is extended to **September 2, 2013.**  The Dispositive Motion Deadline is changed to **October 14, 2013.**  The Final Pretrial Conference is moved to **January 14, 2014 at 10:00 a.m.**  Affirmative experts shall be designated **on or before June 10, 2013**.  Rebuttal experts shall be designated **on or before July 25, 2013**.  A Final Pretrial Order shall be prepared by the parties and submitted to the court **no later than January 8, 2014.**

The court notes that the discovery deadlines will not be moved again.

HEARING CONCLUDED.

**Court in recess**:       2:48 p.m.
Total time in court:    00:16

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.