**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 12-cv-03268-CMA-CBS

GARY A. WRIGHT,

    Plaintiff,

v.

EQUIFAX INFORMATION SERVICES, LLC,
EXPERIAN INFORMATION SOLUTIONS, INC., and
TRANS UNION LLC,

    Defendants.

---

**ORDER GRANTING MOTION TO DISMISS
DEFENDANT EQUIFAX INFORMATION SERVICES, LLC**

---

    This matter is before the Court on Plaintiff's Motion to Dismiss Defendant Equifax Information Services, LLC (Doc. # 35).  The Court has reviewed the Motion and ORDERS as follows:

    Plaintiff's Motion to Dismiss (Doc. # 35) is GRANTED and Defendant Equifax Information Services, LLC is hereby DISMISSED WITH PREJUDICE.  It is

    FURTHER ORDERED that the caption on all subsequent filings shall reflect the removal of Equifax Information Services, LLC as a Defendant in this case.

    DATED:  June __10__, 2013

                                          BY THE COURT:

                                          _____
                                          CHRISTINE M. ARGUELLO
                                          United States District Judge