IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action:   12-cv-03268-CMA-CBS | FTR - Reporter Deck-Courtroom A402 |
| Date:   July 2, 2013 | Courtroom Deputy:    Courtni Covington |

*Parties:*  *Counsel:*

GARY A. WRIGHT,                           Peter R. Bornstein

      Plaintiffs,

v.

EXPERIAN INFORMATION SOLUTIONS,      Rana Nader
INC., *et al.*,                                                  Geoffrey S. Rooker

      Defendants.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   TELEPHONE DISCOVERY HEARING**
**Court in session:       9:07 a.m.**
Court calls case.  Appearances of counsel.

Discussion between the court and the parties regarding the discovery disputes at issue.  Counsel for Plaintiff informs the court that there is an issue with both defendants.

Discussion between the court and counsel for Defendant Experian Information Solutions, Inc., regarding their request for a protective order, whether the documents on their privilege log are only confidential or privileged, the rules regarding a protective order, and the letter sent to Ms. Nader by Plaintiff's counsel.

Discussion between the court and Ms. Nader regarding Defendant Experian Information Solutions, Inc.'s responses to Plaintiff's interrogatories.

The court notes its issues with Plaintiff's failure to comply with the court's practice standards by filing his Motion to Compel.

**ORDERED:**     Defendant Experian Information Solutions, Inc. is to supplement their responses to Plaintiff's Interrogatories **no later than Friday, July 5, 2013.** A protective order should be in place **no later than Friday, July 5, 2013.** The documents listed in the protective order should be produced to Plaintiff **no later than Monday, July 8, 2013.**

Further discussion between the court and counsel for Plaintiff regarding issues with the proposed Protective Order.

Discussion between the court and Mr. Bornstein regarding the Plaintiff's discovery issues with Defendant Trans Union LLC. Discussion regarding Plaintiff's 7.1(a) efforts with Defendant, late answers to discovery requests, and the issues with scheduling a deposition. Mr. Rooker responds to Plaintiff's issues. The parties exchange proposed deposition dates and state they will continue the conversation after the hearing.

The court suggests Defendant Trans Union LLC also review their responses to the Plaintiff's interrogatories.

**ORDERED:** Plaintiff's MOTION to Compel Discovery from Defendant Experian Information Solutions, Inc. [Doc. No. 37, filed 6/20/13] is **TERMINATED.**

HEARING CONCLUDED.
**Court in recess:** **10:17 a.m.**
Total time in court:    01:10

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.