IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action:   12-cv-03268-CMA-CBS | FTR - Reporter Deck-Courtroom A402 |
| Date:             August 29, 2013 | Courtroom Deputy:    Courtni Covington |

| *Parties:* | *Counsel:* |
|---|---|
| GARY A. WRIGHT, | Peter R. Bornstein |
| Plaintiffs, | |
| v. | |
| EXPERIAN INFORMATION SOLUTIONS, INC., *et al*., | Rana Nader<br>Martin E. Thornthwaite |
| Defendants. | |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   TELEPHONIC MOTION HEARING**
**Court in session:      8:59 a.m.**
Court calls case.  Appearances of counsel.

This matter is before the court regarding **Stipulated MOTION to Modify the Scheduling Order**.

The court addresses the parties regarding why additional time is needed.  Counsel state that they will be unable to complete certain discovery in the allotted deadlines and are requesting two additional weeks to resolve discovery issues.  The court notes a previous extension was already granted and it is not inclined to extend the deadlines again, absent a showing of good cause.

Counsel state that they will be unable to conduct depositions of two witness before discovery cut-off.  Discussion regarding Defendants inability to obtain certain records and why a Motion to Compel has not yet been filed.

Discussion regarding if good cause exists to extend the deadlines.

**ORDERED:**      The Stipulated MOTION to Modify the Scheduling Order [Doc. No. 50, filed 8/23/2013] is **GRANTED IN PART** and **DENIED IN PART**.  The Motion is granted to the extent that the court will allow the parties to conduct the two depositions as discussed on the record out of time.  In all other respects, the Motion is denied.

Discussion between the court and counsel for Defendant Experian Information Solutions, Inc. regarding the setting of a settlement conference in the case. The court states it will speak with Judge Arguello regarding the setting of a settlement conference and provides possible dates for the parties.

**9:37    Off the record.**

HEARING CONCLUDED.
**Court in recess:       9:39 a.m.**
Total time in court:    00:40

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.