IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action:   12-cv-03268-CMA-CBS | FTR - Reporter Deck-Courtroom A402 |
| Date:               October 3, 2013 | Courtroom Deputy:    Courtni Covington |

*Parties:*                                                                                          *Counsel:*

GARY A. WRIGHT,                                                              Peter R. Bornstein

     Plaintiffs,

v.

EXPERIAN INFORMATION SOLUTIONS,                    Rana Nader *(appearing by phone)*
INC., *et al*.,                                                                            Martin E. Thornthwaite
                                                                                                   Benton J. Barton
     Defendants.

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:   MOTION HEARING**
**Court in session:       1:29 p.m.**
Court calls case.  Appearances of counsel.

The court addresses the parties regarding **Defendant Trans Union LLC's Motion to Strike Plaintiff's Untimely Expert Disclosures** [Doc. No. 52] and **Plaintiff's Motion to Strike Defendant Trans Union LLC's Expert Witness Endorsement of Steven R. Anderson** [Doc. No. 63]**.**

Counsel for Defendant Trans Union presents oral argument and engages in discussion with the court. The court notes neither party was timely related to the designation of the experts at issue and if it strictly applies the rule to one party, it must also treat the opposing side's motion in the same manner.

Counsel for Plaintiff presents oral argument and engages in discussion with the court.

The court addresses the parties regarding how they would like to proceed.  Discussion held regarding withdrawing the pending Motions to Strike and filing appropriate motions in limine. Defense counsel states they would be willing to withdraw their Motion to Strike and move forward. Counsel for Plaintiff states he would prefer for the court to strike parts of Defendant Trans Union's expert report. In light of Plaintiff's position, Defense counsel states Trans Union will not withdraw their Motion.

Further discussion between the court and the parties regarding Van Alstine's testimony, Defendant Trans Union's affirmative defenses, causation, and relevant case law.

The court makes findings and cites relevant case law. The court notes that although both parties' actions were untimely, the experts have been deposed and no trial date is currently set in the case. Therefore, the court does not find granting either Motion would be appropriate.

For the reasons stated on the record,

**ORDERED:** Defendant Trans Union LLC's Motion to Strike Plaintiff's Untimely Expert Disclosures [Doc. No. 52, filed 8/24/2013] is **DENIED**.

**ORDERED:** Plaintiff's Motion to Strike Defendant Trans Union LLC's Expert Witness Endorsement of Steven R. Anderson [Doc. No. 63, filed 9/26/2013] is **DENIED**.

The court finds because both Motions were unnecessarily filed and in that respect ill-advised, each side is to pay their own fees and costs and Defendant Trans Union shall not file a Response to Doc. No. 63. The court notes counsel are free to file other appropriate motions.

The court moves next to **Motion for Leave to File Trans Union, LLC's First Amended Answer and Defenses to Plaintiff's Complaint and Jury Demand** [Doc. No. 53].

Plaintiff's counsel presents oral argument and engages in discussion with the court. Discussion held regarding the statute of limitation issue related to the first time Plaintiff knew of an adverse credit decision, the timeliness of Defendant Trans Union amending the Complaint, and the FIA correspondence stamped received by Plaintiff's law firm in 2010.

Defense counsel notes it is adding the statute of limitations defense because Plaintiff testified at his deposition that he is claiming damages based on the document in question. Discussion between the court and the parties regarding the document's production, Plaintiff's obligation to disclose, and Plaintiff's depositions.

The court states it must determine if good cause exists to extend the deadline and notes it finds no undue delay, bad faith, or futility on behalf of Defendant Trans Union, LLC.

For the reasons stated on the record,

**ORDERED:** Motion for Leave to File Trans Union, LLC's First Amended Answer and Defenses to Plaintiff's Complaint and Jury Demand [Doc. No. 53, filed 8/24/2013] is **GRANTED**.

The court addresses the parties regarding the discovery dispute that remains from the previous hearing in relation to Defendant Trans Union obtaining correspondence from the IRS. Discussion regarding Plaintiff's Freedom of Information Act request to the IRS. Counsel for Trans Union states he believes the request inadequately covered all of the information being sought. Counsel notes that

although he has drafted a subpoena to obtain the information himself, he believes it will fail and has been unable to attempt service of the subpoena due to the IRS' status during the Government Shutdown.

The court notes Plaintiff's request to the IRS was insufficient and will allow Defendant to file a Motion to Compel.

**ORDERED:** The court directs Defendant Trans Union to file a Motion to Compel laying out the entire history in whatever detail counsel deems appropriate. Plaintiff shall be allowed to file a Response, and Defendant to file a Reply.

The court will vacate the currently set discovery deadlines and all further proceedings shall be stayed. The court advises counsel if a violation is found, it will determine appropriate sanctions.

The court notes that until this issue is resolved, the case will not move forward.

Discussion regarding settlement prospects between the parties. The court advises the parties that it does not believe a settlement conference before the court would be beneficial.

**3:22 p.m.**          **Off the record.**

HEARING CONCLUDED.
**Court in recess:     3:33 p.m.**
Total time in court:     02:04

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.