IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action:   12-cv-03268-CMA-CBS | FTR - Reporter Deck-Courtroom A402 |
| Date:              December 16, 2013 | Courtroom Deputy:    Courtni Covington |

*Parties:*                                                                      *Counsel:*

GARY A. WRIGHT,                                                 Peter R. Bornstein

    Plaintiffs,

v.

EXPERIAN INFORMATION SOLUTIONS,            Martin E. Thornthwaite
INC., *et al.*,                                                              Benton J. Barton
                                                                               Rana Nader *(appearing by phone)*

    Defendants.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   MOTION HEARING**
**Court in session:       1:28 p.m.**
Court calls case.  Appearances of counsel.

This matter is before the court regarding Defendant **Trans Union LLC's Motion to Compel Discovery** [Doc. No. 71].

The court clarifies that the issue remains with Defendant's request to obtain correspondence between the Plaintiff, the Internal Revenue Service, and his title company, Attorneys Title Insurance Agency of Aspen, LLC.

Discussion between the court and Defense counsel regarding what remains unresolved, Plaintiff's request sent to the IRS, if Defendant is now satisfied with the records obtained, and whether the *Motion to Compel Discovery* is now moot.  Defense counsel advises that the only issue that might remain is if an additional form needed by the IRS.

Plaintiff's counsel states he believes Defendant Trans Union is now satisfied and advises the court that ATA has retained independent counsel.

For the reasons stated on the record, it is

**ORDERED:**           *Trans Union LLC's Motion to Compel Discovery* [Doc. No. 71, filed 11/01/2013] is **DENIED without prejudice**.

The court addresses the parties regarding moving the case forward. Because the discovery deadline has passed, the court will set a dispositive motion deadline and a Final Pretrial Conference.

Discussion between the court and the parties regarding their dispositive motions and trying the case.

**ORDERED:** Dispositive motions shall be filed **on or before February 18, 2014.**

A Final Pretrial Conference is set for **May 28, 2014 at 9:15 a.m.** A proposed Final Pretrial Order shall be submitted seven (7) days prior to the hearing.

HEARING CONCLUDED.
**Court in recess:** 1:54 p.m.
Total time in court: 00:26

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.