**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-03268-CMA-CBS

GARY A. WRIGHT,

     Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC., AND
TRANS UNION LLC,

     Defendants.

---

**FINAL JUDGMENT**

---

     In accordance with the orders filed during the pendency of this case, and

pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

     Pursuant to the Oder Granting Motions For Summary Judgment of Judge

Christine M. Arguello entered on August 14, 2014 it is

     ORDERED that Defendants' Motions for Summary Judgment (Docket Nos. 85

and 87) are GRANTED and this case is dismissed WITH PREJUDICE. It is further

     ORDERED that the Defendants shall have their costs by  the filing of a Bill of

Costs with the Clerk of this Court within fourteen (14) days of entry of judgment, and

pursuant to the procedures set forth in Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR

54.1.

Dated at Denver, Colorado this 14th day of August, 2014.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK


By:  s/  A. Thomas
          Deputy Clerk